

# Invoice

5400 Frantz Road, Suite 210
Dublin, OH 43016
614-800-0262

**Invoice #:** 607
**Invoice Date:** 7/25/2016

Case Number: 14-58427

LN = Attorney Laura Nesbitt
JS = Paralega Jill Schwartz

**Bill To:**
Paul D. & Sharon H. Harper
1 Stump Lane
London, OH 43140

| Date | Description | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| 5/16/2016 | Review Chapter 13 Plan payment status; e-mail to clients regarding payment arrears and options (LN) | 0.1 | 250.00 | 25.00 |
| 5/17/2016 | Email and phone call to clients - Appointment and document request - no charge (JS) | 0.2 | 0.00 | 0.00 |
| 5/19/2016 | Schedule telephone conference with attorney - no charge (JS) | 0.1 | 0.00 | 0.00 |
| 5/26/2016 | Review plan and case status to prepare for telephone conference (LN) | 0.1 | 250.00 | 25.00 |
| 5/26/2016 | Telephone conference regarding modification of Chapter 13 plan; case notes (LN) | 0.4 | 250.00 | 100.00 |
| 6/9/2016 | Client call regarding case status; discuss documentation provided/needed- no charge (JS) | 0.1 | 0.00 | 0.00 |
| 6/9/2016 | Review client updated income and expense documentation for debtor and joint debtor; revise schedules I-J (LN) | 0.5 | 250.00 | 125.00 |
| 6/9/2016 | Calculate plan modification per updated income/expense and clients request to surrender assets (LN) | 0.5 | 250.00 | 125.00 |
| 6/9/2016 | Draft motion to modify Ch 13 plan  (LN) | 1.2 | 250.00 | 300.00 |
| 6/15/2016 | Recieve updated expense information from clients; further revise schedule J (LN) | 0.1 | 250.00 | 25.00 |

**Total**

**Payments/Credits**

**Balance Due**

laura@nesbittfirm.com     Page 1     www.nesbittfirm.com

Exhibit "A"



# Nesbitt Law Firm

5400 Frantz Road, Suite 210
Dublin, OH 43016
614-800-0262

# Invoice

**Invoice #:** 607
**Invoice Date:** 7/25/2016

Case Number: 14-58427

**Bill To:**
Paul D. & Sharon H. Harper
1 Stump Lane
London, OH 43140

| Date | Description | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| 6/15/2016 | Revised modification calculation per new client expense and disposable income  (LN) | 0.2 | 250.00 | 50.00 |
| 6/15/2016 | Update motion to modify per revised disposable income (LN) | 0.2 | 250.00 | 50.00 |
| 6/15/2016 | Receive consent to file plan modification; file motion to modify - no charge (LN) | 0.1 | 0.00 | 0.00 |
| 6/15/2016 | Postage and photocopies on service of pleading: Motion to modify<br>Copies: .10/pg x 11pgs x 2copies = 2.20<br>Postage: .71/letter x 2 letters = 1.42<br>total = $3.62 | | 3.62 | 3.62 |
| 6/29/2016 | Email from creditor counsel requesting consent to sign agreed order on relief from stay per intent to surrender via motion to modify; review proposed motion and order; respond via e-mail with consent to file (LN) | 0.2 | 250.00 | 50.00 |
| 7/13/2016 | Draft proposed order on motion to modify (LN ) | 0.3 | 250.00 | 75.00 |
| 7/13/2016 | Draft and file amended wage order per modification - no charge (LN) | 0.3 | 0.00 | 0.00 |
| 7/25/2016 | Receive and review order granting motion to modify (LN) | 0.1 | 250.00 | 25.00 |
| 7/25/2016 | Draft invoice and application for compensation on motion to modify (LN) | 0.6 | 250.00 | 150.00 |

**Total**

**Payments/Credits**

**Balance Due**

Exhibit "A"

# NESBITT LAW FIRM

**Invoice**

5400 Frantz Road, Suite 210
Dublin, OH 43016
614-800-0262

**Invoice #:** 607
**Invoice Date:** 7/25/2016

Case Number: 14-58427

**Bill To:**
Paul D. & Sharon H. Harper
1 Stump Lane
London, OH 43140

| Date | Description | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| 7/25/2016 | PACER fees - Creditor list | | 0.20 | 0.20 |
| 7/25/2016 | Postage and photocopies on service of pleading: fee application<br>Copies: 0.10/pg x 6 pgs x 35 copies = $21.00<br>Postage: $0.47 x 35 = $16.45<br>Total: $33.95 | | 37.45 | 37.45 |

| | | |
|---|---|---|
| | **Total** | $1,166.27 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $1,166.27 |

laura@nesbittfirm.com    Page 3    www.nesbittfirm.com

Exhibit "A"